Clark Hill

Steven M. Richman
T (609) 785-2911
Email:SRichman@ClarkHill.com

Clark Hill
210 Carnegie Center, Suite 102
Princeton, NJ 08540
T (609) 785-2968
F (609) 785-2999

Matthew A. Vigunas, Esq.
Member-in-Charge
Princeton Office

October 27, 2025

VIA ECF

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> Application granted. The conference previously scheduled for November 7, 2025 is hereby adjourned until November 14, 2025 at 11:30 a.m.
>
> SO ORDERED.
>
> Hon. Ronnie Abrams
> October 28, 2025

Re:  **Daneshvar v. Oliver, et al.**
     **Case No.: 1:25-cv-05578-RA**

Dear Judge Abrams:

    We represent Defendants Ronald I. Gross and RAM Global Enterprises, LLC.  There is currently an Initial Conference scheduled in this matter for November 7, 2025.  I am requesting a one week adjournment of the initial conference from November 7 to November 14, with the concomitant extension of date for the submission of the initial conference report from October 31 to November 7. All counsel have consented. The reason for the request is that I am traveling this week out of country and this would facilitate in appropriate conversation with counsel that may also obviate the need for the initial conference if the Court agrees with our schedule.

                         Respectfully submitted,

                         CLARK HILL


                         /s/*Steven M. Richman*
                         Steven M. Richman

SMR:mjf


Cc:  All counsel of record (via ECF)

clarkhill.com