UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAHIN DANESHVAR and SHADI DEVELOPMENT, LLC,

                Plaintiffs,

          v.

REX OLIVER, TBG VISIONS INC., WILLIAM G. HICKS, ESQ., WILLIAM G. HICKS, P.A., LAURA SPEDALE, ESQ. a/k/a LAURA M. RYS, ESQ., CITTA STRATEGY GROUP, LLC, CITTA INVESTMENT, LLC, RONALD I. GROSS, and RAM GLOBAL ENTERPRISES, LLC,

                Defendants.

No. 25-CV-5578 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Due to a scheduling issue, the conference in the above captioned matter scheduled for Friday, November 14, 2025 is hereby adjourned to Monday, November 24 at 11:30 a.m.

SO ORDERED.

Dated:    November 13, 2025
           New York, New York

                                            Hon. Ronnie Abrams
                                            United States District Judge